# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Pilsen Assemblies of God, Midwest Latin American District Council

|  |  |  |
|---|---|---|
|  | ) | **Bankruptcy No.** 09 B 34286 |
|  | ) |  |
| **Debtor(s)** | ) |  |
|  | ) |  |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on   October 25, 2012 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is   ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: September 11, 2012