**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 09-34286-JS
  §
PILSEN DISTRICT COUNCIL  §
  §
  §
  Debtor  §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/16/2009. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $2,521,073.97

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $130,747.59 |
    | Bank service fees | $12,588.32 |
    | Other Payments to creditors | $2,006,065.29 |
    | Non-estate funds paid to 3rd Parties | $50,000.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $321,672.77 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/01/2010 and the deadline for filing government claims was 02/01/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $96,771.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $96,771.42, for a total compensation of $96,771.42[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/31/2013         By:   /s/ David R. Herzog
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1** Page No: 1 Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 09-34286-JS | **Trustee Name:** David R. Herzog |
| **Case Name:** | COUNCIL, PILSEN DISTRICT | **Date Filed (f) or Converted (c):** 09/16/2009 (f) |
| **For the Period Ending:** | 7/31/2013 | **§341(a) Meeting Date:** 10/26/2009 |
| | | **Claims Bar Date:** 02/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1 2520-34 S. Western Ave., Suite 101, Chicago, IL | $3,000,000.00 | $303,568.90 | | $2,464,056.60 | FA |
| 2 Checking Account at Charter One Bank | $911.73 | $0.00 | | $0.00 | FA |
| 3 Com Ed security deposit | $1,110.54 | $0.00 | | $0.00 | FA |
| 4 2006 Ford Explorer | $12,000.00 | $0.00 | | $0.00 | FA |
| 5 Cannon Image Runner 2880 Copier | $300.00 | $0.00 | | $0.00 | FA |
| 6 Cannon Image Runner 2200 Copier | $300.00 | $0.00 | | $0.00 | FA |
| 7 HP 7350 printer | $100.00 | $0.00 | | $0.00 | FA |
| 8 HP Deskjet 6980 printer | $100.00 | $0.00 | | $0.00 | FA |
| 9 HP 1250 Fax | $100.00 | $0.00 | | $0.00 | FA |
| 10 Dell Laptop | $500.00 | $0.00 | | $0.00 | FA |
| 11 Video Projector (2) | $200.00 | $0.00 | | $0.00 | FA |
| 12 Tables (3) | $100.00 | $0.00 | | $0.00 | FA |
| 13 Podium | $50.00 | $0.00 | | $0.00 | FA |
| 14 Brochure case | $100.00 | $0.00 | | $0.00 | FA |
| 15 Coat Racks (2) | $50.00 | $0.00 | | $0.00 | FA |
| 16 Glass Table | $250.00 | $0.00 | | $0.00 | FA |
| 17 Baby changing table | $50.00 | $0.00 | | $0.00 | FA |
| 18 DVD/VCR Player | $75.00 | $0.00 | | $0.00 | FA |
| 19 Office Chairs (13) | $500.00 | $0.00 | | $0.00 | FA |
| 20 12 ft. Christmas Tree | $250.00 | $0.00 | | $0.00 | FA |
| 21 9 Ft. Christmas Tree | $150.00 | $0.00 | | $0.00 | FA |
| 22 Wire Shelving Unit | $50.00 | $0.00 | | $0.00 | FA |
| 23 Laminator | $50.00 | $0.00 | | $0.00 | FA |
| 24 Lorex Security Camera System | $800.00 | $0.00 | | $0.00 | FA |
| 25 File Cabinets (4) | $100.00 | $0.00 | | $0.00 | FA |
| 26 Bookshelves (2) | $50.00 | $0.00 | | $0.00 | FA |
| 27 Desks | $500.00 | $0.00 | | $0.00 | FA |
| 28 Keyboard | $200.00 | $0.00 | | $0.00 | FA |
| 29 Amplifier | $200.00 | $0.00 | | $0.00 | FA |
| 30 Nacho Machine | $50.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 09-34286-JS | Trustee Name: | David R. Herzog |
| Case Name: | COUNCIL, PILSEN DISTRICT | Date Filed (f) or Converted (c): | 09/16/2009 (f) |
| For the Period Ending: | 7/31/2013 | §341(a) Meeting Date: | 10/26/2009 |
| | | Claims Bar Date: | 02/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31  Cordless Microphone | $25.00 | $0.00 | | $0.00 | FA |
| 32  Highchairs (4) | $100.00 | $0.00 | | $0.00 | FA |
| 33  Piano Chair | $25.00 | $0.00 | | $0.00 | FA |
| 34  Television | $300.00 | $0.00 | | $0.00 | FA |
| 35  Sanctuary Chairs (150) | $1,500.00 | $0.00 | | $0.00 | FA |
| 36  TV Cart (2) | $25.00 | $0.00 | | $0.00 | FA |
| 37  Speakers (4) | $100.00 | $0.00 | | $0.00 | FA |
| 38  Audio Board | $100.00 | $0.00 | | $0.00 | FA |
| 39  Radio/CD Player (2) | $100.00 | $0.00 | | $0.00 | FA |
| 40  Karaoke Machine | $200.00 | $0.00 | | $0.00 | FA |
| 41  Microphones (5) with stands (2) | $100.00 | $0.00 | | $0.00 | FA |
| 42  Folding Chairs (16) | $160.00 | $0.00 | | $0.00 | FA |
| 43  Post-Petition Rental Income | Unknown | Unknown | | $48,807.84 | Unknown |
| INT  Interest Earned (u) | Unknown | Unknown | | $74.89 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$3,021,932.27        $303,568.90                    $2,512,939.33        $0.00

**Major Activities affecting case closing:**
Preparation of tax returns and prepare final report.

**Initial Projected Date Of Final Report (TFR):**   12/31/2010        **Current Projected Date Of Final Report (TFR):**   06/30/2012        /s/ DAVID R. HERZOG
                                                                                                                                              DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | COUNCIL, PILSEN DISTRICT | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0081 | | | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | $24,015.90 | | $24,015.90 |
| 04/14/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $28,083.22 |
| 04/22/2010 | 11003 | M&R Electronic Systems, Inc. | Payment for annual fee for monitoring fire alarm system | 2420-000 | | $384.00 | $27,699.22 |
| 04/22/2010 | 11004 | Justin Ronald | Snow removal | 2420-000 | | $350.00 | $27,349.22 |
| 04/22/2010 | 11005 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $113.73 | $27,235.49 |
| 04/22/2010 | 11006 | M&R Electronic Systems, Inc. | Payment for annual fee for monitoring elevator system | 2420-000 | | $384.00 | $26,851.49 |
| 04/22/2010 | 11007 | M&R Electronic Systems, Inc. | Payment for service on fire alarm system | 2420-000 | | $146.00 | $26,705.49 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.26 | | $26,706.75 |
| 05/14/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $30,774.07 |
| 05/18/2010 | 11008 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $123.53 | $30,650.54 |
| 05/25/2010 | (1) | Instituto Del Progreso Latino | Earnest Money for Approved Sale of Property (Order dated) | 1110-000 | $10,000.00 | | $40,650.54 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.83 | | $40,652.37 |
| 06/16/2010 | | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $44,719.69 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.45 | | $44,722.14 |
| 07/06/2010 | 11009 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $246.40 | $44,475.74 |
| 07/12/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $48,543.06 |
| 07/12/2010 | 11010 | Justin Ronald | Storm damage repair | 2420-000 | | $475.00 | $48,068.06 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.79 | | $48,070.85 |
| 08/18/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $52,138.17 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.95 | | $52,141.12 |
| 09/24/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $56,208.44 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.29 | | $56,209.73 |
| 10/15/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $60,277.05 |
| 10/27/2010 | 11011 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $380.36 | $59,896.69 |
| 10/28/2010 | 11012 | Shapiro Surveying | Deposit for Land Survey | 3991-620 | | $1,300.00 | $58,596.69 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $58,598.15 |

**SUBTOTALS** $62,501.17    $3,903.02

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0081 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.44 | | $58,599.59 |
| 12/14/2010 | 11013 | Metro Clerking | Fee to obtain water certificate | 2500-000 | | $55.00 | $58,544.59 |
| 12/14/2010 | 11014 | City of Chicago Water Department | Fee for Water Certification | 2500-000 | | $50.00 | $58,494.59 |
| 12/14/2010 | 11015 | FedEx | Overnight Mailing Cost for Service of Process | 2990-000 | | $67.83 | $58,426.76 |
| 12/17/2010 | 11016 | Evangelical Child and Family Agency | Settlement per Order dated 12/17/10 | 2990-000 | | $17,395.00 | $41,031.76 |
| 12/17/2010 | 11017 | Evangelical Child and Family Agency and Arthur Jaros | Settlement per Order dated 12/17/10 | 2990-000 | | $7,070.00 | $33,961.76 |
| 12/24/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $1.03 | | $33,962.79 |
| 12/27/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $38,030.11 |
| 12/28/2010 | | Greater Illinois Title Company | Proceeds from Sale of Real Estate | * | $293,568.90 | | $331,599.01 |
| | {1} | | Sale of real estate    $2,450,000.00 | 1110-000 | | | $331,599.01 |
| | | | Pay-off of secured creditor    $(2,000,000.00) | 4110-000 | | | $331,599.01 |
| | | | Broker's fees    $(71,250.00) | 3520-000 | | | $331,599.01 |
| | | | Title insurance    $(6,976.00) | 2500-000 | | | $331,599.01 |
| | | | TI for unpaid taxes    $(20,360.00) | 2500-002 | | | $331,599.01 |
| | | | 2007, 2008, 2009 taxes and 2010 tax pro-rations    $(6,065.10) | 4700-000 | | | $331,599.01 |
| | | |    $(50,000.00) | 8500-002 | | | $331,599.01 |
| | | | Survey for closing    $(1,780.00) | 3992-630 | | | $331,599.01 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.20 | | $331,599.21 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.44 | | $331,607.65 |
| 02/14/2011 | 11018 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-34286 | 2300-000 | | $282.21 | $331,325.44 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $7.62 | | $331,333.06 |
| 03/02/2011 | (1) | Greater Illinois Title | Release of TI Holdback | 1110-000 | $4,056.60 | | $335,389.66 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.53 | | $335,398.19 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.26 | | $335,406.45 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.54 | | $335,414.99 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.75 | | $335,417.74 |
| | | | **SUBTOTALS** | | $301,739.63 | $24,920.04 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-34286-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******0081 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.84 | | $335,420.58 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $643.27 | $334,777.31 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.83 | | $334,780.14 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $779.80 | $334,000.34 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($22.97) | $334,023.31 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.73 | | $334,026.04 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $686.31 | $333,339.73 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.82 | | $333,342.55 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $662.11 | $332,680.44 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.54 | | $332,680.98 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $332,680.98 | $0.00 |
| | | | **TOTALS:** | | $364,252.56 | $364,252.56 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $24,015.90 | $332,680.98 | |
| | | | **Subtotal** | | $340,236.66 | $31,571.58 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $340,236.66 | $31,571.58 | |

For the period of 9/16/2009 to 7/31/2013

| | |
|---|---|
| Total Compensable Receipts: | $2,496,667.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,496,667.76 |
| Total Internal/Transfer Receipts: | $24,015.90 |
| | |
| Total Compensable Disbursements: | $2,117,642.68 |
| Total Non-Compensable Disbursements: | $70,360.00 |
| Total Comp/Non Comp Disbursements: | $2,188,002.68 |
| Total Internal/Transfer Disbursements: | $332,680.98 |

For the entire history of the account between 04/06/2010 to 7/31/2013

| | |
|---|---|
| Total Compensable Receipts: | $2,496,667.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,496,667.76 |
| Total Internal/Transfer Receipts: | $24,015.90 |
| | |
| Total Compensable Disbursements: | $2,117,642.68 |
| Total Non-Compensable Disbursements: | $70,360.00 |
| Total Comp/Non Comp Disbursements: | $2,188,002.68 |
| Total Internal/Transfer Disbursements: | $332,680.98 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0081 | | Checking Acct #: | ******0145 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $332,680.98 | | $332,680.98 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $536.85 | $332,144.13 |
| 02/02/2012 | 5001 | AT&T | | 2690-000 | | $319.02 | $331,825.11 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $534.96 | $331,290.15 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $499.22 | $330,790.93 |
| 03/14/2012 | 5002 | International Sureties | Bond Payment | 2300-000 | | $270.18 | $330,520.75 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $532.59 | $329,988.16 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $514.33 | $329,473.83 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $530.57 | $328,943.26 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $512.65 | $328,430.61 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $528.94 | $327,901.67 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $528.05 | $327,373.62 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $510.28 | $326,863.34 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $526.39 | $326,336.95 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $508.61 | $325,828.34 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $524.70 | $325,303.64 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $525.35 | $324,778.29 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $473.73 | $324,304.56 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $579.21 | $323,725.35 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $523.65 | $323,201.70 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $505.08 | $322,696.62 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $520.73 | $322,175.89 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $503.12 | $321,672.77 |

**SUBTOTALS** $332,680.98 $11,008.21

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******0081 | Checking Acct #: | ******0145 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $332,680.98 | $11,008.21 | $321,672.77 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $332,680.98 | $0.00 | |
|  |  |  | Subtotal |  | $0.00 | $11,008.21 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | Net |  | $0.00 | $11,008.21 | |

| For the period of 9/16/2009 to 7/31/2013 | | For the entire history of the account between 11/07/2011 to 7/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $332,680.98 | Total Internal/Transfer Receipts: | $332,680.98 |
| Total Compensable Disbursements: | $11,008.21 | Total Compensable Disbursements: | $11,008.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,008.21 | Total Comp/Non Comp Disbursements: | $11,008.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6    Exhibit B

| Case No. | 09-34286-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******0081 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $16,269.28 | | $16,269.28 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.39 | | $16,269.67 |
| 02/08/2010 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #09-34286 | 2300-000 | | $13.42 | $16,256.25 |
| 02/10/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $20,323.57 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.70 | | $20,324.27 |
| 02/26/2010 | | JP Morgan Chase | Federal Interest Withheld | 5900-000 | | $0.19 | $20,324.08 |
| 03/05/2010 | | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $24,391.40 |
| 03/25/2010 | 1002 | AT&T | Payment for phone service | 2420-000 | | $376.70 | $24,014.70 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.04 | | $24,015.74 |
| 04/06/2010 | | Wire out to BNYM account ********5865 | Wire out to BNYM account ********5865 | 9999-000 | ($24,015.90) | | ($0.16) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.16 | | $0.00 |
| | | | **TOTALS:** | | $390.31 | $390.31 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($24,015.90) | $0.00 | |
| | | | Subtotal | | $24,406.21 | $390.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $24,406.21 | $390.31 | |

| For the period of 9/16/2009 to 7/31/2013 | | For the entire history of the account between 01/11/2010 to 7/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,406.21 | Total Compensable Receipts: | $24,406.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,406.21 | Total Comp/Non Comp Receipts: | $24,406.21 |
| Total Internal/Transfer Receipts: | ($24,015.90) | Total Internal/Transfer Receipts: | ($24,015.90) |
| Total Compensable Disbursements: | $390.31 | Total Compensable Disbursements: | $390.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $390.31 | Total Comp/Non Comp Disbursements: | $390.31 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 7    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-34286-JS | | **Trustee Name:** | David R. Herzog |
| **Case Name:** | COUNCIL, PILSEN DISTRICT | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******0081 | | **Money Market Acct #:** | ******5865 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 9/16/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/31/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $364,642.87 | $42,970.10 | $321,672.77 |

| **For the period of 9/16/2009 to 7/31/2013** | | **For the entire history of the case between 09/16/2009 to 7/31/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,521,073.97 | Total Compensable Receipts: | $2,521,073.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,521,073.97 | Total Comp/Non Comp Receipts: | $2,521,073.97 |
| Total Internal/Transfer Receipts: | $332,680.98 | Total Internal/Transfer Receipts: | $332,680.98 |
| | | | |
| Total Compensable Disbursements: | $2,129,041.20 | Total Compensable Disbursements: | $2,129,041.20 |
| Total Non-Compensable Disbursements: | $70,360.00 | Total Non-Compensable Disbursements: | $70,360.00 |
| Total Comp/Non Comp Disbursements: | $2,199,401.20 | Total Comp/Non Comp Disbursements: | $2,199,401.20 |
| Total Internal/Transfer Disbursements: | $332,680.98 | Total Internal/Transfer Disbursements: | $332,680.98 |

| Case No.: | 09-34286-JS | | | | | | | | **Trustee Name:** | David R. Herzog | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | | | | | | | **Date:** | 7/31/2013 | |
| Claims Bar Date: | 02/01/2010 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | 07/30/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $96,771.42 | $96,771.42 | $0.00 | $0.00 | $0.00 | $96,771.42 |
| | HERZOG & SCHWARTZ<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | 07/30/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $31,880.00 | $31,880.00 | $31,880.00 | $0.00 | $0.00 | $0.00 | $31,880.00 |
| 11 | GREATER ILLINOIS TITLE | 07/30/2013 | Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | Allowed | 2500-000 | $6,976.00 | $6,976.00 | $6,976.00 | $6,976.00 | $0.00 | $0.00 | $0.00 |
| 12 | GREATER ILLINOIS TITLE | 07/30/2013 | Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | Allowed | 2500-000 | $20,360.00 | $20,360.00 | $20,360.00 | $20,360.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** TI for possible unpaid taxes

| 14 | INSTITUTE DEL PROGRESO LATINO | 07/30/2013 | Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | Allowed | 2500-000 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Credit for Closing Delay

| | PROTEN REALTY | 07/30/2013 | Realtor for Trustee Expenses | Allowed | 3520-000 | $71,250.00 | $71,250.00 | $71,250.00 | $71,250.00 | $0.00 | $0.00 | $0.00 |
| | DONALD SHAPIRO | 07/30/2013 | Surveyor for Trustee Expenses | Allowed | 3992-630 | $1,780.00 | $1,780.00 | $1,780.00 | $1,780.00 | $0.00 | $0.00 | $0.00 |
| 7 | ASSEMBLIES OF GOD FINANCIAL SERVICES GP.<br><br>PO BOX 1867<br>Springfield MO 65801-1867 | 12/14/2009 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $2,105,898.22 | $2,105,898.22 | $0.00 | $0.00 | $0.00 | $2,105,898.22 |

**Claim Notes:** Payoff of $2,000,000 in full and final settlement of claim made at closing.

CLAIM ANALYSIS REPORT

| Case No.: | 09-34286-JS | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | COUNCIL, PILSEN DISTRICT | | | | | | | | Date: | 7/31/2013 |
| Claims Bar Date: | 02/01/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | ASSEMBLIES OF GOD FINANCIAL SVC | 07/30/2013 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 |
| 13 | COOK COUNTY COLLECTOR | 07/30/2013 | Real Property Tax Liens (pre-petition) | Allowed | 4700-000 | $6,065.10 | $6,065.10 | $6,065.10 | $6,065.10 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Open tax items 2007, 2008, 2009 and tax pro-rations 2010 | | | | | | | | | | | |
| 2 | DEPARTMENT OF THE TREASURY  Internal Revenue Service  PO Box 7346  Philadelphia PA 19101 | 11/20/2009 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,154.24 | $1,154.24 | $0.00 | $0.00 | $0.00 | $1,154.24 |
| 1 | ISIDRO & FRANCES CASILLAS  2302 S. Mayfield Ave.  Joliet IL 60435 | 11/17/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,000.00 | $14,000.00 | $0.00 | $0.00 | $0.00 | $14,000.00 |
| 2a | DEPARTMENT OF THE TREASURY  Internal Revenue Service  PO Box 7346  Philadelphia PA 19101 | 11/20/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $186.79 | $186.79 | $0.00 | $0.00 | $0.00 | $186.79 |
| 3 | RAYMOND FERNANDEZ  2636 S. Troy  Chicago IL 60623 | 11/20/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 4 | EVANGELICAL CHILD & FAMILY SERVICES  1530 N. Main  Wheaton IL 60187 | 11/23/2009 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $7,056.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DELORIS A. JACKSON  1935 S. Racine Avenue  Chicago IL 60608 | 11/23/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,867.00 | $2,867.00 | $0.00 | $0.00 | $0.00 | $2,867.00 |

CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| Case No. | 09-34286-JS | | | | | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | | | | | | Date: | 7/31/2013 |
| Claims Bar Date: | 02/01/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CANON FINANCIAL SERVICES INC<br>c/o Scott H Marcus<br>121 Johnson Road<br>Turnersville NJ 08012 | 12/08/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,744.74 | $6,744.74 | $6,744.74 | $0.00 | $0.00 | $0.00 | $6,744.74 |
| 8 | FORD MOTOR CREDIT COMPANY LLC<br>P O Box 6275<br>Dearborn MI 48121 | 01/12/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,971.98 | $1,971.98 | $0.00 | $0.00 | $0.00 | $1,971.98 |
| 9 | ANDREW & RACHEL RONALD<br>The Fox Valley Legal Group LLC<br>1444 N Farnsworth Ave Ste 113<br>Aurora IL 60505 | 01/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $373,522.44 | $373,522.44 | $0.00 | $0.00 | $0.00 | $373,522.44 |
| | | | | | | $4,799,483.93 | $4,792,427.93 | $2,156,431.10 | $0.00 | | $0.00 | $2,635,996.83 |

# CLAIM ANALYSIS REPORT

| Case No. | 09-34286-JS | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | COUNCIL, PILSEN DISTRICT | Date: | 7/31/2013 |
| Claims Bar Date: | 02/01/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Fees (Trustee Firm) | $31,880.00 | $31,880.00 | $0.00 | $0.00 | $0.00 | $31,880.00 |
| Claims of Governmental Units | $1,154.24 | $1,154.24 | $0.00 | $0.00 | $0.00 | $1,154.24 |
| Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | $77,336.00 | $77,336.00 | $77,336.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $407,348.95 | $400,292.95 | $0.00 | $0.00 | $0.00 | $400,292.95 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $4,105,898.22 | $4,105,898.22 | $2,000,000.00 | $0.00 | $0.00 | $2,105,898.22 |
| Real Property Tax Liens (pre-petition) | $6,065.10 | $6,065.10 | $6,065.10 | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee Expenses | $71,250.00 | $71,250.00 | $71,250.00 | $0.00 | $0.00 | $0.00 |
| Surveyor for Trustee Expenses | $1,780.00 | $1,780.00 | $1,780.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $96,771.42 | $96,771.42 | $0.00 | $0.00 | $0.00 | $96,771.42 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       09-34286-JS
Case Name:      PILSEN DISTRICT COUNCIL
Trustee Name:   David R. Herzog

Balance on hand: $321,672.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | Assemblies of God Financial Services Gp. | $2,105,898.22 | $2,105,898.22 | $0.00 | $0.00 |
| 10 | Assemblies of God Financial Svc | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $0.00 |
| 13 | Cook County Collector | $6,065.10 | $6,065.10 | $6,065.10 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $321,672.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $96,771.42 | $0.00 | $96,771.42 |
| Herzog & Schwartz, Attorney for Trustee Fees | $31,880.00 | $0.00 | $31,880.00 |

Total to be paid for chapter 7 administrative expenses: $128,651.42
Remaining balance: $193,021.35

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $193,021.35

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,154.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury | $1,154.24 | $0.00 | $1,154.24 |

|   |   |
|---|---|
| Total to be paid to priority claims: | $1,154.24 |
| Remaining balance: | $191,867.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $400,292.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Isidro & Frances Casillas | $14,000.00 | $0.00 | $6,825.44 |
| 2a | Department of the Treasury | $186.79 | $0.00 | $91.07 |
| 3 | Raymond Fernandez | $1,000.00 | $0.00 | $487.53 |
| 5 | Deloris A. Jackson | $2,867.00 | $0.00 | $1,397.75 |
| 6 | Canon Financial Services Inc | $6,744.74 | $0.00 | $0.00 |
| 8 | Ford Motor Credit Company LLC | $1,971.98 | $0.00 | $961.40 |
| 9 | Andrew & Rachel Ronald | $373,522.44 | $0.00 | $182,103.92 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $191,867.11 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**