**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PILSEN ASSEMBLIES OF GOD, | ) | Case No. 09 B 34286 |
| MIDWEST LATIN AMERICAN | ) | |
| DISTRICT COUNCIL, | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION
FOR PROFESSIONAL COMPENSATION**

Name of Applicant:   HERZOG & SCHWARTZ, P.C.

Authorized to Provide Professional Services to:  Trustee

Date of Order Authorizing Employment: November 19, 2009

Period For Which Compensation is Sought:  From November 06, 2009
                                                                                                            through present

Amount of Fees Sought:  $ 31,880.00

Amount of Expense Reimbursement Sought:  $ 0.00

This is a(n):  Interim Application _   Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period | Total Period Requested and Expenses | Fees Allowed | Any Amount Total Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PILSEN ASSEMBLIES OF GOD, | ) | Case No. 09 B 34286 |
| MIDWEST LATIN AMERICAN | ) | |
| DISTRICT COUNCIL, | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor. | ) | |

**FINAL APPLICATION FOR**
**COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. HERZOG & SCHWARTZ, P.C. has divided this application into two parts. The first part of the application shall review the problems confronted by the Trustee and provide general background information. The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

The debtor, PILSEN ASSEMBLIES OF GOD, MIDWEST LATIN AMERICAN DISTRICT COUNCIL, filed a petition under Chapter 7 of Title U.S.C. ("Bankruptcy Code") on December 12, 2007. On December 13, 2005, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

Each task performed by the law firm will be discussed in detail. This fee application covers services rendered by the law firm for the period of November 19, 2009 through the present. The billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

-1-

# PART II

# TASK ANALYSIS

A.    Employment of Professionals

The law firm spent 8.25 hours in connection with the preparation and appearances in court on applications to employ professionals.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 8.25 | $ 3,300.00 |
| **TOTAL** | **8.25** | **$ 3,300.00** |

B.    Motion of Secured Creditor

The law firm spent 7.35 hours with respect to the Motion of the secured creditor, Aseemblies of God Financial Services, for relief from the automatic stay with regard to the real estate which was sold and was the principle asset in this case.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 7.35 | $ 2,940.00 |
| **TOTAL** | **7.35** | **$ 2,940.00** |

C.    Sale of Real Estate

The law firm spent 54.05 hours in connection with the negotiating and sale of the subject real estate located at 2518-2534 S. Western Avenue, Chiacgo. IL. The real estate was sold to Institute Del Progresso Latino, a charter school, and the law firm had to perform numerous tasks to assure the ultimate sale and closing of the transaction. Morever, immediately prior to the closing, the one tenant in the building, Evangelical Child & Family Agency (ECFA) did not want to vacate occupancy of its demised space, asserting its rights to continued occupancy under Section 365 (h)(l)(A)(11) of the Code. Removal of the tenant was essential because construction could not proceed wihout the property being vacated, which was a condition to closing of the transaction. As

a result the law firm negotiated a settlement with ECFA, the purchaser and the secured creditor which was ultimately approved by the Court.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 54.05 | $ 21,620.00 |
| **TOTAL** | 54.05 | $ 21,620.00 |

D.  Miscellaneous Matters

The law firm spent 8.15 hours in connection with miscellaneous matter such as a petition to operate the real estate on a limited basis, as well as ascertaining whether Federal and State income taxes were required to be filed because of the Debtor's tax-exempt status as a religious organization and preparation of the final report.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 8.15 | $ 3,260.00 |
| **TOTAL** | 8.15 | $ 3,260.00 |

E.  Claim Objections

The law firm spent 1.90 hours in connection with identifying and resolving claim objection issues.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 1.90 | $ 760.00 |
| **TOTAL** | **1.90** | **$ 760.00** |

## **RECAPITULATION**

|  | Hours | Costs |
|---|---|---|
| Category A | 8.25 | $ 3,300.00 |
| Category B | 7.35 | $ 2,940.00 |
| Category C | 54.05 | $ 21,620.00 |
| Category D | 8.15 | $ 3,260.00 |
| Category E | 1.90 | $ 760.00 |
| **TOTAL** | **79.70** | **$ 31,880.00** |

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $31,880.00, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

HERZOG & SCHWARTZ, P.C.

By: /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
(312) 977-1600

-4-

## **CATEGORY A**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/06/09 | Herzog, David<br>Prepare motion to employ H&S as counsel for Trustee. | 1.00 | $400.00 A |
| 11/09/09 | Herzog, David<br>Finalize and file motion to employ H&S | 0.50 | $200.00 A |
| 11/09/09 | Herzog, David<br>Obtain court approval for motion to employ | 0.50 | $200.00 A |
| 11/17/09 | Herzog, David<br>Attend court call re motion to employ | 0.50 | $200.00 A |
| 03/12/10 | Herzog, David<br>Prepare application to Employ Real Estate Broker; preparation of broker's affidavit. | 1.50 | $600.00 A |
| 03/15/10 | Herzog, David<br>Review and file motion to employ broker. | 1.00 | $400.00 A |
| 03/29/10 | Herzog, David<br>Attend court call re motion to approve broker. | 0.50 | $200.00 A |
| 11/30/11 | Herzog, David<br>Prepare Motion to Employ Lois West re possible tax returns. | 1.50 | $600.00 A |
| 12/07/11 | Herzog, David<br>Review West Application. | 0.25 | $100.00 A |
| 12/15/11 | Herzog, David<br>Attend court call on application to employ West. | 1.00 | $400.00 A |

**CATEGORY B**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/15/09 | Herzog, David<br>Review motion of secured creditor for relief from stay. | 0.50 | $200.00 B |
| 12/28/09 | Herzog, David<br>Attend court call on motion for relief from stay. | 0.10 | $40.00 B |
| 01/11/10 | Herzog, David<br>Attend hearing on relief from stay. | 1.00 | $400.00 B |
| 01/18/10 | Herzog, David<br>Email to attorney for secured creditor re agreement on sales price and amount which secured creditor will receive. | 0.50 | $200.00 B |
| 01/19/10 | Herzog, David<br>Email from attorney for secured creditor re agreement as to treatment of secured claim. | 0.25 | $100.00 B |
| 01/27/10 | Herzog, David<br>Review and revise broker's agreement. | 0.50 | $200.00 B |
| 02/08/10 | Herzog, David<br>Attend court call on motion to lift stay, continued hearing. | 1.00 | $400.00 B |
| 03/29/10 | Herzog, David<br>Attend court call on hearing re stay relief. | 0.50 | $200.00 B |
| 06/14/10 | Herzog, David<br>Attend court hearing on motion for relief from stay. | 1.00 | $400.00 B |
| 09/16/10 | Herzog, David<br>Attend court call, continued hearing on status on stay relief. | 1.00 | $400.00 B |
| 12/21/10 | Herzog, David<br>Attend court call on lift stay motion and related matters. | 1.00 | $400.00 B |

**CATEGORY C**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/17/10 | Herzog, David<br>Review draft purchase agreement for Western Ave property. | 1.50 | $600.00 C |
| 02/22/10 | Herzog, David<br>Email to Adelson re revisions to purchase agreement and necessary changes. | 1.00 | $400.00 C |
| 03/02/10 | Herzog, David<br>Review revision to purchase agreement. | 0.50 | $200.00 C |
| 03/05/10 | Herzog, David<br>Email attorney for purchase re revisions to purchase agreement and necessary changes. | 1.25 | $500.00 C |
| 03/12/10 | Herzog, David<br>Prepare draft motion to sell real estate. | 2.50 | $1000.00 C |
| 03/15/10 | Herzog, David<br>Review and file motion to sell real estate. | 1.00 | $400.00 C |
| 03/29/10 | Herzog, David<br>Attend court call re approval of motion to sell real estate. | 0.50 | $200.00 C |
| 04/29/10 | Herzog, David<br>Order title commitment policy for sale of property. | 0.15 | $60.00 C |
| 05/07/10 | Herzog, David<br>Review title insurance commitment re closing of sale. | 0.50 | $200.00 C |
| 08/04/10 | Herzog, David<br>Review and execute engagement letter for ALTA survey. | 0.50 | $200.00 C |
| 10/15/10 | Herzog, David<br>T/C from Adelson re Economic Disclosure Statement and status of closing. | 0.10 | $40.00 C |
| 10/21/10 | Herzog, David<br>Email from City of Chicago re Economic Disclosure Statement and Affidavit. | 0.10 | $40.00 C |
| 10/26/10 | Herzog, David<br>Review and Execute City of Chicago Economic Disclosure Statement and Affidavit. | 1.00 | $400.00 C |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 10/26/10 | Herzog, David<br>Certified letter to Tenants terminating tenancy at the end of November 30, 2010. | 0.50 | $200.00 C |
| 10/30/10 | Herzog, David<br>Email to Jaros re settlement. | 0.10 | $40.00 C |
| 11/05/10 | Herzog, David<br>Letter from Art Jaros on behalf of tenant Evangelical Child & Family Agency (ECFA) refusing to terminate lease pursuant to Section 365(h)(1)A(ii) of the Bankruptcy Code. | 0.50 | $200.00 C |
| 11/05/10 | Herzog, David<br>Research law as to tenant's right to continued occupancy under lease and review of sale order. | 3.50 | $1400.00 C |
| 11/08/10 | Herzog, David<br>T/C with Jaros re ECFA vacating the property. | 0.25 | $100.00 C |
| 11/10/10 | Herzog, David<br>Conference with Jaros as to tenant vacating property. | 0.10 | $40.00  C |
| 11/12/10 | Herzog, David<br>Conference with Adelson re delay in closing. | 0.10 | $40.00 C |
| 11/18/10 | Herzog, David<br>Research case law with respect to Motion to Reject Executory Lease and Authority. | 2.50 | $1000.00 C |
| 11/22/10 | Herzog, David<br>Prepare Motion to Reject Lease on Executory Contract - Unexpired Lease of ECFA. | 5.50 | $2200.00 C |
| 11/23/10 | Herzog, David<br>Finalize and file Motion to Reject Lease. | 2.50 | $1000.00 C |
| 11/23/10 | Herzog, David<br>Conference with Adelson on urgency to remove tenant because of the need to start construction. | 0.15 | $60.00  C |
| 11/29/10 | Herzog, David<br>Email to Jaros re settlement of lease problem. | 0.25 | $100.00 C |
| 11/29/10 | Herzog, David<br>T/C with Adelson re lease problem. | 0.25 | $100.00 C |
| 11/30/10 | Herzog, David<br>Attend court call re Motion to Reject Lease. | 1.00 | $400.00 C |
| 11/30/10 | Herzog, David<br>Conference with Adelson and Jaros re settlement and time necessary for ECFA to vacate. | 0.50 | $200.00 C |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 11/30/10 | Herzog, David<br>Email to Adelson re construction schedule. | 0.10 | $40.00 C |
| 11/30/10 | Herzog, David<br>T/C with Jaros re settlement. | 0.25 | $100.00 C |
| 12/02/10 | Herzog, David<br>Continued hearing re rejection of lease. | 0.75 | $300.00 C |
| 12/02/10 | Herzog, David<br>Continued hearing re stay relief. | 0.25 | $100.00 B |
| 12/06/10 | Herzog, David<br>T/C with Jaros re settlement. | 0.25 | $100.00 C |
| 12/06/10 | Herzog, David<br>T/C with Jaros re settlement. | 0.15 | $60.00 C |
| 12/07/10 | Herzog, David<br>Email from Jaros re ECFA working on new lease as part of settlement. | 0.10 | $40.00 C |
| 12/07/10 | Herzog, David<br>T/C with Adelson re settlement. | 0.10 | $40.00 C |
| 12/08/10 | Herzog, David<br>T/C with Tirona re settlement with secured creditor. | 0.10 | $40.00 C |
| 12/09/10 | Herzog, David<br>Confirming email that secured creditor will accept 2 million settlement in satisfaction of its claim. | 0.10 | $40.00 C |
| 12/09/10 | Herzog, David<br>Attend court call re hearing on motion to reject lease. | 0.75 | $300.00 C |
| 12/09/10 | Herzog, David<br>Attend court call re stay relief motion. | 0.25 | $100.00 C |
| 12/10/10 | Herzog, David<br>Prepare motion to sell property free and clear of liens pursuant to 363(f). | 2.50 | $1000.00 C |
| 12/11/10 | Herzog, David<br>Review Motion for Adequate Protection filed by ECFA. | 0.50 | $200.00 C |
| 12/13/10 | Herzog, David<br>Review Objection filed by ECFA. | 0.50 | $200.00 C |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 12/13/10 | Herzog, David<br>Review and revise settlement agreement with ECFA. | 1.50 | $600.00 C |
| 12/14/10 | Herzog, David<br>Prepare and file motion to modify Order dated 3/29/10. | 3.50 | $1400.00 C |
| 12/14/10 | Herzog, David<br>Prepare and file Motion to Compromise with ECFA. | 3.50 | $1400.00 C |
| 12/17/10 | Herzog, David<br>Attend court call on Motion to Modify and Motion to Approve Compromise with ECFA. | 1.00 | $400.00 C |
| 12/21/10 | Herzog, David<br>Preparation of Closing Documents. | 3.50 | $1400.00 C |
| 12/22/10 | Herzog, David<br>Working on closing documents. | 2.00 | $800.00 C |
| 12/22/10 | Herzog, David<br>Email to Tirona for pay-off letter. | 0.10 | $40.00 C |
| 12/27/10 | Herzog, David<br>Finalize all closing documents. | 1.50 | $600.00 C |
| 12/28/10 | Herzog, David<br>Attend closing. | 2.50 | $1000.00 C |

## **CATEGORY D**

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 03/12/10 | Herzog, David<br>Prepare motion to authorize limited operation of Debtor's business. | 1.50 | $600.00 D |
| 03/15/10 | Herzog, David<br>Revise and file motion to authorize limited operation of business. | 1.00 | $400.00 D |
| 03/16/10 | Herzog, David<br>Review Motion to Lift Stay re Ford Explorer. | 0.50 | $200.00 D |
| 03/23/10 | Herzog, David<br>Attend court call on stay relief re Ford Explorer. | 0.75 | $300.00 D |
| 03/29/10 | Herzog, David<br>Attend court call re motion to approve limited operation of business. | 0.50 | $200.00 D |
| 03/08/12 | Herzog, David<br>Obtain tax exempt letter from Reverend Ronald and forward to Lois West. | 0.15 | $60.00 D |
| 03/28/12 | Herzog, David<br>Conference with West that tax returns are not required because of tax exempt status of Debtor. | 0.25 | $100.00 D |
| 12/20/12 | Herzog, David<br>Status hearing on case. | 0.50 | $200.00 D |
| 07/25/13 | Herzog, David<br>Preparation of final report. | 2.00 | $800.00 D |
| 07/29/13 | Herzog, David<br>Finalize TFR. | 1.00 | $400.00 D |

## **CATEGORY E**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/28/10 | Herzog, David<br>Email Stipulation to Tiro            na. | 0.25 | $100.00 E |
| 03/28/12 | Herzog, David<br>Prepare Stipulation to Withdraw Claim #4<br>of ECFA. | 0.50 | $200.00 E |
| 03/28/12 | Herzog, David<br>Email stipulation to Jaros. | 0.25 | $100.00 E |
| 03/28/12 | Herzog, David<br>Prepare Stipulation to modify Assemblies of<br>God Financial Services Corp claim to 2 million. | 0.50 | $200.00 E |
| 05/11/12 | Herzog, David<br>File ECFA Stipulation. | 0.10 | $40.00 E |
| 05/16/12 | Herzog, David<br>File secured creditor stipulation. | 0.10 | $40.00 E |
| 12/27/12 | Herzog, David<br>T/C with Canon Financial to file amended<br>proof of claim. | 0.10 | $40.00 E |
| 01/17/13 | Herzog, David<br>Email from Canon Financial re amended<br>proof of claim. | 0.10 | $40.00 E |

**TRUSTEE TIME**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/24/09 | Herzog, David<br>Review schedules prior to first meeting of creditors. | 0.15 | $0.00 |
| 10/25/09 | Herzog, David<br>Review Letter of Intent on behalf of Institute del Progresso. | 0.50 | $0.00 |
| 10/26/09 | Herzog, David<br>Conduct 1st Meeting of Creditors | 0.25 | $0.00 |
| 10/29/09 | Herzog, David<br>File initial asset report | 0.05 | $0.00 |
| 10/30/09 | Herzog, David<br>Conference with broker re sale of Pilsen property. | 0.15 | $0.00 |
| 11/01/09 | Herzog, David<br>Email to broker re sale of property | 0.15 | $0.00 |
| 11/01/09 | Herzog, David<br>Email to broker re sale | 0.10 | $0.00 |
| 11/04/09 | Herzog, David<br>T/C with broker re potential sale. | 0.10 | $0.00 |
| 11/23/09 | Herzog, David<br>Extended t/c with broker re terms of rental - letter of interest. | 0.50 | $0.00 |
| 11/23/09 | Herzog, David<br>Conference with Debtor and collection of tenant rents. | 0.15 | $0.00 |
| 12/02/09 | Herzog, David<br>Meeting at Debtors re sale of building and occupancy of tenant | 2.00 | $0.00 |
| 12/03/09 | Herzog, David<br>Email from broker re revised letter of intent | 0.15 | $0.00 |
| 12/03/09 | Herzog, David<br>Email to broker re letter of intent and broker's commission and employment. | 0.25 | $0.00 |
| 12/07/09 | Herzog, David<br>Review revised letter of intent. | 0.50 | $0.00 |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 12/08/09 | Herzog, David<br>Conference with broker re letter of intent and contract to purchase. | 0.25 | $0.00 |
| 12/17/09 | Herzog, David<br>Conference with Debtor's rep re lift stay motion and secured indebtedness | 1.00 | $0.00 |
| 12/22/09 | Herzog, David<br>Conference Adelson re preparation of Purchase Agreement. | 0.15 | $0.00 |
| 12/23/09 | Herzog, David<br>Review correspondence re outstanding invoices. | 0.25 | $0.00 |
| 01/05/10 | Herzog, David<br>Conference with Debtor's rep re status and City zoning case. | 0.10 | $0.00 |
| 01/05/10 | Herzog, David<br>Conference with corporate counsel re zoning matter. | 0.15 | $0.00 |
| 01/14/10 | Herzog, David<br>Conference re negotiation of sale of 2520 S. Western property. | 1.00 | $0.00 |
| 01/15/10 | Herzog, David<br>Review revisions to letter of intent. | 0.50 | $0.00 |
| 01/15/10 | Herzog, David<br>Email to broker re comments to revisions to letter of intent. | 1.00 | $0.00 |
| 02/08/10 | Herzog, David<br>File Estate property record. | 0.25 | $0.00 |
| 02/09/10 | Herzog, David<br>T/C with Adelson re purchase. | 0.10 | $0.00 |
| 02/10/10 | Herzog, David<br>Email from Adelsen re purchase. | 0.15 | $0.00 |
| 02/10/10 | Herzog, David<br>Email to Adelson re purchase. | 0.10 | $0.00 |
| 03/11/10 | Herzog, David<br>Review letter for Debtor's rep re utility service and security service. | 0.15 | $0.00 |
| 03/12/10 | Herzog, David<br>T/C with Debtor's rep re security services. | 0.10 | $0.00 |

| Date | Name / Description | Hours | Amount |
|---|---|---|---|
| 03/12/10 | Herzog, David<br>T/C with AT&T to monitor services to building and transfer control info re utilities. | 0.50 | $0.00 |
| 03/18/10 | Herzog, David<br>Conference with Debtor re stay relief on Ford Explorer. | 0.10 | $0.00 |
| 03/30/10 | Herzog, David<br>Execute and exchange purchase agreement. | 0.50 | $0.00 |
| 04/06/10 | Herzog, David<br>Email from Adelson re access to property re inspection. | 0.10 | $0.00 |
| 04/06/10 | Herzog, David<br>T/C to Rev. Ronald re access. | 0.10 | $0.00 |
| 04/07/10 | Herzog, David<br>Email to Adelson re access. | 0.10 | $0.00 |
| 04/28/10 | Herzog, David<br>Email to Adelson re status of inspection and finalizing. | 0.10 | $0.00 |
| 04/29/10 | Herzog, David<br>Email from purchaser's attorney re status of property. | 0.10 | $0.00 |
| 05/12/10 | Herzog, David<br>Letter from Debtor's rep re insurance and employment tax. | 0.10 | $0.00 |
| 05/12/10 | Herzog, David<br>T/C with Reverend Ronald re insurance and taxes. | 0.15 | $0.00 |
| 05/18/10 | Herzog, David<br>T/C with Adelson re progress with City and funding. | 0.10 | $0.00 |

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 06/24/10 | Herzog, David<br>T/C with attorney for secured creditor re prepare for closing. | 0.10 | $0.00 |
| 06/29/10 | Herzog, David<br>T/C with Adelson re progress of closing. | 0.10 | $0.00 |
| 07/28/10 | Herzog, David<br>T/C re state of property with Adelson. | 0.10 | $0.00 |
| 08/12/10 | Herzog, David<br>T/C with attorney for secured creditor re status. | 0.10 | $0.00 |
| 09/27/10 | Herzog, David<br>Email to Adelson re status. | 0.10 | $0.00 |
| 10/18/10 | Herzog, David<br>Email from attorney for secured creditor re status. | 0.10 | $0.00 |
| 11/01/10 | Herzog, David<br>Letter with deposit check to Surveyor. | 0.10 | $0.00 |
| 12/20/10 | Herzog, David<br>Email to Jaros. | 0.10 | $0.00 |
| 02/15/11 | Herzog, David<br>File Individual Property Record. | 0.10 | $0.00 |
| 03/02/11 | Herzog, David<br>Obtain TI refund. | 0.25 | $0.00 |
| 01/31/12 | Herzog, David<br>File Estate Property Record | 0.10 | $0.00 |

Total $39164.00