**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PILSEN ASSEMBLIES OF GOD, | ) | Case No. 09 B 34286 |
| MIDWEST LATIN AMERICAN | ) | |
| DISTRICT COUNCIL, | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 682
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on September 26, 2013 at 10:30 a.m., before the Honorable Jack Schmetterer, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604.

Date Mailed: _____    By: /s/   David R. Herzog
                                                Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                           Case No. 09-34286-JBS
Pilsen Assemblies of God, Midwest Latin                          Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko              Page 1 of 2        Date Rcvd: Aug 09, 2013
                              Form ID: pdf006             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2013.
db            #+Pilsen Assemblies of God, Midwest Latin American D,   2520 S. Western Ave.,
                Chicago, IL 60608-4810
14457419      +Andrew & Rachel Ronald,   The Fox Valley Legal Group LLC,   1444 N Farnsworth Ave Ste 113,
                Aurora, IL 60505-1858
14457420       Assemblies of God Financial Services Gp.,   PO BOX 1867,   Springfield, MO 65801-1867
14457431      +Assemblies of God Financial Services Group,   c/o Roberto T. Tirona, Esq.,   PO BOX 6347,
                Aurora, IL 60598-0347
14457421      +Canon Finacial Services,   PO BOX 5008,   Mt. Laurel, NJ 08054-5008
14824253      +Canon Financial Services Inc,   c/o Scott H Marcus,   121 Johnson Road,
                Turnersville, NJ 08012-1758
14457423      +Cook County Treasurer,   Law Department,   118 N. Clark St., Room 212,   Chicago, IL 60602-1589
14457424      +Deloris A. Jackson,   1935 S. Racine Avenue,   Chicago, IL 60608-3286
14457425      +Evangelical Child & Family Services,   1530 N. Main,   Wheaton, IL 60187-3512
14457426       Ford Credit,   PO Box 790093,   St. Louis, MO 63179-0093
14947784      +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
14457428      +Isidro & Frances Casillas,   2302 S. Mayfield Ave.,   Joliet, IL 60435-5432
14457429       Peoples Gas,   Chicago, IL 60687-0001
14457430      +Raymond Fernandez,   2636 S. Troy,   Chicago, IL 60623-4749
14457432      +Roberto Tirona, Esq.,   Flynn & Tirona, P.C.,   936 Maple Avenue,   Downers Grove, IL 60515-4929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14457422      +E-mail/Text: legalcollections@comed.com Aug 09 2013 23:40:53     ComEd,   Credit/Bankruptcy,
                2100 Swift Dr.,   Oak Brook, IL 60523-1559
14457427      +E-mail/Text: cio.bncmail@irs.gov Aug 09 2013 23:35:54     Department of the Treasury,
                Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2013**          **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1           User: lkorotko             Page 2 of 2                Date Rcvd: Aug 09, 2013
                               Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2013 at the address(es) listed below:

        Arthur G. Jaros, Jr.   on behalf of Creditor   Evangelical Child & Family Agency
         agjlaw@earthlink.net,  gatzb@earthlink.net
        Christopher H Purcell   on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
        David R Herzog   on behalf of Trustee David R Herzog drhlaw@mindspring.com,
         herzogschwartz@gmail.com
        David R Herzog    drhlaw@mindspring.com,
         herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
        Mark R Schottler   on behalf of Debtor   Pilsen Assemblies of God, Midwest Latin American
         District Council mark@schottlerlaw.com,  schottlerassociates@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Roberto T. Tirona   on behalf of Creditor   Assemblies of God Financial Services Group
         bob@tironalaw.com
                                                                                                                                                              TOTAL: 7