**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-34286-JS |
| | § | |
| PILSEN DISTRICT COUNCIL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $2,199,086.64 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $271,987.33 | | |

3) Total gross receipts of $2,521,073.97 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $50,000.00 (see **Exhibit 2),** yielded net receipts of $2,471,073.97 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,803,727.57 | $4,111,963.32 | $4,111,963.32 | $2,006,065.10 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $400,638.75 | $400,638.75 | $271,987.33 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $97.00 | $1,154.24 | $1,154.24 | $1,154.43 |
| General Unsecured Claims (from **Exhibit 7**) | $498,753.01 | $407,348.95 | $400,292.95 | $191,867.11 |
| **Total Disbursements** | $2,302,577.58 | $4,921,105.26 | $4,914,049.26 | $2,471,073.97 |

4). This case was originally filed under chapter 7 on 09/16/2009. The case was pending for -1316 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/31/2013</u>  By: <u>/s/ David R. Herzog</u>
                                                                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2520-34 S. Western Ave., Suite 101, Chicago, IL | 1110-000 | $2,464,056.60 |
| Evangelical Child & Family Agency | 1122-000 | $4,067.32 |
| Post-Petition Rental Income | 1122-000 | $48,807.84 |
| Interest Earned | 1270-000 | $74.89 |
| **TOTAL GROSS RECEIPTS** | | **$2,517,006.65** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| | Funds to Third Parties | 8500-002 | $50,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$50,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Assemblies of God Financial Services Gp. | 4110-000 | NA | $2,105,898.22 | $2,105,898.22 | $0.00 |
| 10 | Assemblies of God Financial Svc | 4110-000 | NA | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 |
| 13 | Cook County Collector | 4700-000 | NA | $6,065.10 | $6,065.10 | $6,065.10 |
| | Assemblies of God Financial Services Gp. | 4110-000 | $1,786,776.61 | NA | $0.00 | $0.00 |
| | Cook County Treasurer | 4110-000 | $1,519.45 | NA | $0.00 | $0.00 |
| | Ford Credit | 4110-000 | $15,431.51 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,803,727.57** | **$4,111,963.32** | **$4,111,963.32** | **$2,006,065.10** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $96,771.42 | $96,771.42 | $96,771.42 |

| | | | | | |
|---|---|---|---|---|---|
| International Sureties | 2300-000 | NA | $1,145.02 | $1,145.02 | $1,145.02 |
| AT&T | 2420-000 | NA | $1,240.72 | $1,240.72 | $1,240.72 |
| Justin Ronald | 2420-000 | NA | $825.00 | $825.00 | $825.00 |
| M&R Electronic Systems, Inc. | 2420-000 | NA | $914.00 | $914.00 | $914.00 |
| City of Chicago Water Department | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Metro Clerking | 2500-000 | NA | $55.00 | $55.00 | $55.00 |
| Title insurance | 2500-000 | NA | $6,976.00 | $6,976.00 | $6,976.00 |
| TI for unpaid taxes | 2500-002 | NA | $20,360.00 | $20,360.00 | $20,360.00 |
| Bank of Texas | 2600-000 | NA | $9,839.80 | $9,839.80 | $9,839.80 |
| The Bank of New York Mellon | 2600-000 | NA | $2,748.52 | $2,748.52 | $2,748.52 |
| AT&T | 2690-000 | NA | $319.02 | $319.02 | $319.02 |
| Evangelical Child and Family Agency | 2990-000 | NA | $17,395.00 | $17,395.00 | $17,395.00 |
| Evangelical Child and Family Agency and Arthur Jaros | 2990-000 | NA | $7,070.00 | $7,070.00 | $7,070.00 |
| FedEx | 2990-000 | NA | $67.83 | $67.83 | $67.83 |
| Herzog & Schwartz, P.C., Attorney for Trustee | 3110-000 | NA | $31,880.00 | $31,880.00 | $31,880.00 |
| Broker's fees, Realtor for Trustee | 3520-000 | NA | $71,250.00 | $71,250.00 | $71,250.00 |
| Shapiro Surveying, Surveyor for Trustee | 3991-620 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| Survey for closing, Surveyor for Trustee | 3992-630 | NA | $1,780.00 | $1,780.00 | $1,780.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $271,987.33 | $271,987.33 | $271,987.33 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Department of the Treasury | 5800-000 | NA | $1,154.24 | $1,154.24 | $1,154.24 |
| | JP Morgan Chase | 5900-000 | $0.00 | $0.19 | $0.19 | $0.19 |
| | IRS | 5800-000 | $97.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $97.00 | $1,154.43 | $1,154.43 | $1,154.43 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Isidro & Frances Casillas | 7100-000 | NA | $14,000.00 | $14,000.00 | $6,710.43 |
| 2a | Department of the Treasury | 7100-000 | NA | $186.79 | $186.79 | $89.53 |
| 3 | Raymond Fernandez | 7100-000 | NA | $1,000.00 | $1,000.00 | $479.32 |
| 4 | Evangelical Child & Family Services | 7100-000 | NA | $7,056.00 | $0.00 | $0.00 |
| 5 | Deloris A. Jackson | 7100-000 | NA | $2,867.00 | $2,867.00 | $1,374.20 |
| 6 | Canon Financial Services Inc | 7100-000 | NA | $6,744.74 | $6,744.74 | $3,232.87 |
| 8 | Ford Motor Credit Company LLC | 7100-000 | NA | $1,971.98 | $1,971.98 | $945.20 |
| 9 | Andrew & Rachel Ronald | 7100-000 | NA | $373,522.44 | $373,522.44 | $179,035.56 |
|  | Andrew & Rachel Ronald | 7100-000 | $467,408.20 | NA | NA | $0.00 |
|  | Canon Finacial Services | 7100-000 | $5,700.00 | NA | NA | $0.00 |
|  | ComEd | 7100-000 | $528.00 | NA | NA | $0.00 |
|  | Deloris A. Jackson | 7100-000 | $2,867.00 | NA | NA | $0.00 |
|  | Evangelical Child & Family Services | 7100-000 | $7,056.00 | NA | NA | $0.00 |
|  | Isidro & Frances Casillas | 7100-000 | $14,000.00 | NA | NA | $0.00 |
|  | Peoples Gas | 7100-000 | $193.81 | NA | NA | $0.00 |
|  | Raymond Fernandez | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $498,753.01 | $407,348.95 | $400,292.95 | $191,867.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 09-34286-JS | Trustee Name: | David R. Herzog |
| Case Name: | COUNCIL, PILSEN DISTRICT | Date Filed (f) or Converted (c): | 09/16/2009 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 10/26/2009 |
| | | Claims Bar Date: | 02/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2520-34 S. Western Ave., Suite 101, Chicago, IL | $3,000,000.00 | $303,568.90 | | $2,464,056.60 | FA |
| 2  Checking Account at Charter One Bank | $911.73 | $0.00 | | $0.00 | FA |
| 3  Com Ed security deposit | $1,110.54 | $0.00 | | $0.00 | FA |
| 4  2006 Ford Explorer | $12,000.00 | $0.00 | | $0.00 | FA |
| 5  Cannon Image Runner 2880 Copier | $300.00 | $0.00 | | $0.00 | FA |
| 6  Cannon Image Runner 2200 Copier | $300.00 | $0.00 | | $0.00 | FA |
| 7  HP 7350 printer | $100.00 | $0.00 | | $0.00 | FA |
| 8  HP Deskjet 6980 printer | $100.00 | $0.00 | | $0.00 | FA |
| 9  HP 1250 Fax | $100.00 | $0.00 | | $0.00 | FA |
| 10  Dell Laptop | $500.00 | $0.00 | | $0.00 | FA |
| 11  Video Projector (2) | $200.00 | $0.00 | | $0.00 | FA |
| 12  Tables (3) | $100.00 | $0.00 | | $0.00 | FA |
| 13  Podium | $50.00 | $0.00 | | $0.00 | FA |
| 14  Brochure case | $100.00 | $0.00 | | $0.00 | FA |
| 15  Coat Racks (2) | $50.00 | $0.00 | | $0.00 | FA |
| 16  Glass Table | $250.00 | $0.00 | | $0.00 | FA |
| 17  Baby changing table | $50.00 | $0.00 | | $0.00 | FA |
| 18  DVD/VCR Player | $75.00 | $0.00 | | $0.00 | FA |
| 19  Office Chairs (13) | $500.00 | $0.00 | | $0.00 | FA |
| 20  12 ft. Christmas Tree | $250.00 | $0.00 | | $0.00 | FA |
| 21  9 Ft. Christmas Tree | $150.00 | $0.00 | | $0.00 | FA |
| 22  Wire Shelving Unit | $50.00 | $0.00 | | $0.00 | FA |
| 23  Laminator | $50.00 | $0.00 | | $0.00 | FA |
| 24  Lorex Security Camera System | $800.00 | $0.00 | | $0.00 | FA |
| 25  File Cabinets (4) | $100.00 | $0.00 | | $0.00 | FA |
| 26  Bookshelves (2) | $50.00 | $0.00 | | $0.00 | FA |
| 27  Desks | $500.00 | $0.00 | | $0.00 | FA |
| 28  Keyboard | $200.00 | $0.00 | | $0.00 | FA |
| 29  Amplifier | $200.00 | $0.00 | | $0.00 | FA |
| 30  Nacho Machine | $50.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 09-34286-JS | Trustee Name: | David R. Herzog |
| Case Name: | COUNCIL, PILSEN DISTRICT | Date Filed (f) or Converted (c): | 09/16/2009 (f) |
| For the Period Ending: | 12/31/2013 | §341(a) Meeting Date: | 10/26/2009 |
| | | Claims Bar Date: | 02/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31  Cordless Microphone | $25.00 | $0.00 | | $0.00 | FA |
| 32  Highchairs (4) | $100.00 | $0.00 | | $0.00 | FA |
| 33  Piano Chair | $25.00 | $0.00 | | $0.00 | FA |
| 34  Television | $300.00 | $0.00 | | $0.00 | FA |
| 35  Sanctuary Chairs (150) | $1,500.00 | $0.00 | | $0.00 | FA |
| 36  TV Cart (2) | $25.00 | $0.00 | | $0.00 | FA |
| 37  Speakers (4) | $100.00 | $0.00 | | $0.00 | FA |
| 38  Audio Board | $100.00 | $0.00 | | $0.00 | FA |
| 39  Radio/CD Player (2) | $100.00 | $0.00 | | $0.00 | FA |
| 40  Karaoke Machine | $200.00 | $0.00 | | $0.00 | FA |
| 41  Microphones (5) with stands (2) | $100.00 | $0.00 | | $0.00 | FA |
| 42  Folding Chairs (16) | $160.00 | $0.00 | | $0.00 | FA |
| 43  Post-Petition Rental Income | Unknown | Unknown | | $48,807.84 | Unknown |
| INT  Interest Earned                                   (u) | Unknown | Unknown | | $74.89 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$3,021,932.27         $303,568.90                   $2,512,939.33          $0.00

**Major Activities affecting case closing:**
  Preparation of tax returns and prepare final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2010    **Current Projected Date Of Final Report (TFR):** 06/30/2012    /s/ DAVID R. HERZOG
                                                                                                                                   DAVID R. HERZOG

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-34286-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***0081 | | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | $24,015.90 | | $24,015.90 |
| 04/14/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $28,083.22 |
| 04/22/2010 | 11003 | M&R Electronic Systems, Inc. | Payment for annual fee for monitoring fire alarm system | 2420-000 | | $384.00 | $27,699.22 |
| 04/22/2010 | 11004 | Justin Ronald | Snow removal | 2420-000 | | $350.00 | $27,349.22 |
| 04/22/2010 | 11005 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $113.73 | $27,235.49 |
| 04/22/2010 | 11006 | M&R Electronic Systems, Inc. | Payment for annual fee for monitoring elevator system | 2420-000 | | $384.00 | $26,851.49 |
| 04/22/2010 | 11007 | M&R Electronic Systems, Inc. | Payment for service on fire alarm system | 2420-000 | | $146.00 | $26,705.49 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.26 | | $26,706.75 |
| 05/14/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $30,774.07 |
| 05/18/2010 | 11008 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $123.53 | $30,650.54 |
| 05/25/2010 | (1) | Instituto Del Progreso Latino | Earnest Money for Approved Sale of Property (Order dated) | 1110-000 | $10,000.00 | | $40,650.54 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.83 | | $40,652.37 |
| 06/16/2010 | | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $44,719.69 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.45 | | $44,722.14 |
| 07/06/2010 | 11009 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $246.40 | $44,475.74 |
| 07/12/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $48,543.06 |
| 07/12/2010 | 11010 | Justin Ronald | Storm damage repair | 2420-000 | | $475.00 | $48,068.06 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.79 | | $48,070.85 |
| 08/18/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $52,138.17 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $2.95 | | $52,141.12 |
| 09/24/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $56,208.44 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.29 | | $56,209.73 |
| 10/15/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $60,277.05 |
| 10/27/2010 | 11011 | AT&T | Payment for phone service to maintain security system | 2420-000 | | $380.36 | $59,896.69 |
| 10/28/2010 | 11012 | Shapiro Surveying | Deposit for Land Survey | 3991-620 | | $1,300.00 | $58,596.69 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.46 | | $58,598.15 |

SUBTOTALS  $62,501.17  $3,903.02

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***0081 | | | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.44 | | $58,599.59 |
| 12/14/2010 | 11013 | Metro Clerking | Fee to obtain water certificate | 2500-000 | | $55.00 | $58,544.59 |
| 12/14/2010 | 11014 | City of Chicago Water Department | Fee for Water Certification | 2500-000 | | $50.00 | $58,494.59 |
| 12/14/2010 | 11015 | FedEx | Overnight Mailing Cost for Service of Process | 2990-000 | | $67.83 | $58,426.76 |
| 12/17/2010 | 11016 | Evangelical Child and Family Agency | Settlement per Order dated 12/17/10 | 2990-000 | | $17,395.00 | $41,031.76 |
| 12/17/2010 | 11017 | Evangelical Child and Family Agency and Arthur Jaros | Settlement per Order dated 12/17/10 | 2990-000 | | $7,070.00 | $33,961.76 |
| 12/24/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $1.03 | | $33,962.79 |
| 12/27/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $38,030.11 |
| 12/28/2010 | | Greater Illinois Title Company | Proceeds from Sale of Real Estate | * | $293,568.90 | | $331,599.01 |
| | {1} | | Sale of real estate             $2,450,000.00 | 1110-000 | | | $331,599.01 |
| | | | Pay-off of secured creditor  $(2,000,000.00) | 4110-000 | | | $331,599.01 |
| | | | Broker's fees                    $(71,250.00) | 3520-000 | | | $331,599.01 |
| | | | Title insurance                   $(6,976.00) | 2500-000 | | | $331,599.01 |
| | | | TI for unpaid taxes              $(20,360.00) | 2500-002 | | | $331,599.01 |
| | | | 2007, 2008, 2009 taxes and 2010 tax pro-rations   $(6,065.10) | 4700-000 | | | $331,599.01 |
| | | | $(50,000.00) | 8500-002 | | | $331,599.01 |
| | | | Survey for closing                 $(1,780.00) | 3992-630 | | | $331,599.01 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $0.20 | | $331,599.21 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.44 | | $331,607.65 |
| 02/14/2011 | 11018 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-34286 | 2300-000 | | $282.21 | $331,325.44 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $7.62 | | $331,333.06 |
| 03/02/2011 | (1) | Greater Ilinois Title | Release of TI Holdback | 1110-000 | $4,056.60 | | $335,389.66 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.53 | | $335,398.19 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.26 | | $335,406.45 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.54 | | $335,414.99 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.75 | | $335,417.74 |

**SUBTOTALS**   $301,739.63   $24,920.04

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***0081 | | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.84 | | $335,420.58 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $643.27 | $334,777.31 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.83 | | $334,780.14 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $779.80 | $334,000.34 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($22.97) | $334,023.31 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.73 | | $334,026.04 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $686.31 | $333,339.73 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $2.82 | | $333,342.55 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $662.11 | $332,680.44 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.54 | | $332,680.98 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $332,680.98 | $0.00 |
| | | | **TOTALS:** | | $364,252.56 | $364,252.56 | $0.00 |
| | | | Less: Bank transfers/CDs | | $24,015.90 | $332,680.98 | |
| | | | Subtotal | | $340,236.66 | $31,571.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $340,236.66 | $31,571.58 | |

| For the period of 9/16/2009 to 12/31/2013 | | For the entire history of the account between 04/06/2010 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,496,667.76 | Total Compensable Receipts: | $2,496,667.76 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,496,667.76 | Total Comp/Non Comp Receipts: | $2,496,667.76 |
| Total Internal/Transfer Receipts: | $24,015.90 | Total Internal/Transfer Receipts: | $24,015.90 |
| | | | |
| Total Compensable Disbursements: | $2,117,642.68 | Total Compensable Disbursements: | $2,117,642.68 |
| Total Non-Compensable Disbursements: | $70,360.00 | Total Non-Compensable Disbursements: | $70,360.00 |
| Total Comp/Non Comp Disbursements: | $2,188,002.68 | Total Comp/Non Comp Disbursements: | $2,188,002.68 |
| Total Internal/Transfer Disbursements: | $332,680.98 | Total Internal/Transfer Disbursements: | $332,680.98 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0081 | | Checking Acct #: | ******0145 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $332,680.98 | | $332,680.98 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $536.85 | $332,144.13 |
| 02/02/2012 | 5001 | AT&T | | 2690-000 | | $319.02 | $331,825.11 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $534.96 | $331,290.15 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $499.22 | $330,790.93 |
| 03/14/2012 | 5002 | International Sureties | Bond Payment | 2300-000 | | $270.18 | $330,520.75 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $532.59 | $329,988.16 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $514.33 | $329,473.83 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $530.57 | $328,943.26 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $512.65 | $328,430.61 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $528.94 | $327,901.67 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $528.05 | $327,373.62 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $510.28 | $326,863.34 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $526.39 | $326,336.95 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $508.61 | $325,828.34 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $524.70 | $325,303.64 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $525.35 | $324,778.29 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $473.73 | $324,304.56 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $579.21 | $323,725.35 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $523.65 | $323,201.70 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $505.08 | $322,696.62 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $520.73 | $322,175.89 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $503.12 | $321,672.77 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $519.08 | $321,153.69 |
| 08/01/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($519.08) | $321,672.77 |
| 09/26/2013 | 5004 | David R. Herzog | | 2100-000 | | $96,771.42 | $224,901.35 |
| 09/26/2013 | 5004 | VOID: David R. Herzog | | 2100-003 | | ($96,771.42) | $321,672.77 |
| | | | **SUBTOTALS** | | $332,680.98 | $11,008.21 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-34286-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0081 | | Checking Acct #: | ******0145 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2013 | 5004 | David Herzog | Cancel the void on Check #5004. This check was voided in error | 2100-003 | | $96,771.42 | $224,901.35 |
| 09/26/2013 | 5005 | Herzog & Schwartz, P.C. | | 3110-000 | | $31,880.00 | $193,021.35 |
| 09/26/2013 | 5005 | VOID: Herzog & Schwartz, P.C. | | 3110-003 | | ($31,880.00) | $224,901.35 |
| 09/26/2013 | 5005 | Herzog & Schwartz, P.C. | Cancel the void on Check #5005. The void was done in error | 3110-003 | | $31,880.00 | $193,021.35 |
| 09/26/2013 | 5006 | Department of the Treasury | | 4800-000 | | $1,154.24 | $191,867.11 |
| 09/26/2013 | 5006 | VOID: Department of the Treasury | | 4800-003 | | ($1,154.24) | $193,021.35 |
| 09/26/2013 | 5007 | Isidro and Frances Casillas | | 7100-000 | | $6,825.44 | $186,195.91 |
| 09/26/2013 | 5007 | VOID: Isidro and Frances Casillas | | 7100-003 | | ($6,825.44) | $193,021.35 |
| 09/26/2013 | 5008 | Department of the Treasury | | 7100-000 | | $91.07 | $192,930.28 |
| 09/26/2013 | 5008 | VOID: Department of the Treasury | | 7100-003 | | ($91.07) | $193,021.35 |
| 09/26/2013 | 5009 | Raymond Fernandez | | 7100-000 | | $487.53 | $192,533.82 |
| 09/26/2013 | 5009 | VOID: Raymond Fernandez | | 7100-003 | | ($487.53) | $193,021.35 |
| 09/26/2013 | 5010 | Deloris A. Jackson | | 7100-000 | | $1,397.75 | $191,623.60 |
| 09/26/2013 | 5010 | VOID: Deloris A. Jackson | | 7100-003 | | ($1,397.75) | $193,021.35 |
| 09/26/2013 | 5011 | Ford Motor Credit Company LLC | | 7200-000 | | $961.40 | $192,059.95 |
| 09/26/2013 | 5011 | VOID: Ford Motor Credit Company LLC | | 7200-003 | | ($961.40) | $193,021.35 |
| 09/26/2013 | 5012 | Andrew and Rachel Ronald | | 7100-000 | | $182,103.92 | $10,917.43 |
| 09/26/2013 | 5012 | VOID: Andrew and Rachel Ronald | | 7100-003 | | ($182,103.92) | $193,021.35 |
| 09/26/2013 | 5013 | David R. Herzog | Trustee Compensation | 2100-000 | | $96,771.42 | $96,249.93 |
| 09/26/2013 | 5013 | VOID: David R. Herzog | | 2100-003 | | ($96,771.42) | $193,021.35 |
| 09/26/2013 | 5014 | Herzog & Schwartz | Distribution Dividend: 100.00; Account Number: ; | 3110-000 | | $31,880.00 | $161,141.35 |
| 09/26/2013 | 5014 | VOID: Herzog & Schwartz | | 3110-003 | | ($31,880.00) | $193,021.35 |
| 09/26/2013 | 5015 | Department of the Treasury | Distribution Dividend: 100.00; Account Number: ; | 5800-000 | | $1,154.24 | $191,867.11 |
| 09/26/2013 | 5016 | Isidro & Frances Casillas | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $6,710.43 | $185,156.68 |
| 09/26/2013 | 5017 | Department of the Treasury | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $89.53 | $185,067.15 |
| 09/26/2013 | 5018 | Raymond Fernandez | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $479.32 | $184,587.83 |
| | | | | **SUBTOTALS** | $0.00 | $137,084.94 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-34286-JS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0081 | | Checking Acct #: | ******0145 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 9/16/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2013 | 5019 | Deloris A. Jackson | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $1,374.20 | $183,213.63 |
| 09/26/2013 | 5020 | Canon Financial Services Inc | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $3,232.87 | $179,980.76 |
| 09/26/2013 | 5021 | Ford Motor Credit Company LLC | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $945.20 | $179,035.56 |
| 09/26/2013 | 5022 | Andrew & Rachel Ronald | Distribution Dividend: 47.93; Account Number: ; | 7100-000 | | $179,035.56 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $332,680.98 | $332,680.98 | $0.00 |
| Less: Bank transfers/CDs | $332,680.98 | $0.00 | |
| Subtotal | $0.00 | $332,680.98 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $332,680.98 | |

**For the period of  9/16/2009 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $332,680.98 |
| | |
| Total Compensable Disbursements: | $332,680.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $332,680.98 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2011 to 12/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $332,680.98 |
| | |
| Total Compensable Disbursements: | $332,680.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $332,680.98 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34286-JS | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COUNCIL, PILSEN DISTRICT | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***0081 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 9/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $16,269.28 | | $16,269.28 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.39 | | $16,269.67 |
| 02/08/2010 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #09-34286 | 2300-000 | | $13.42 | $16,256.25 |
| 02/10/2010 | (43) | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $20,323.57 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.70 | | $20,324.27 |
| 02/26/2010 | | JP Morgan Chase | Federal Interest Withheld | 5900-000 | | $0.19 | $20,324.08 |
| 03/05/2010 | | Evangelical Child & Family Agency | Rent | 1122-000 | $4,067.32 | | $24,391.40 |
| 03/25/2010 | 1002 | AT&T | Payment for phone service | 2420-000 | | $376.70 | $24,014.70 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.04 | | $24,015.74 |
| 04/06/2010 | | Wire out to BNYM account ********5865 | Wire out to BNYM account ********5865 | 9999-000 | ($24,015.90) | | ($0.16) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.16 | | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $390.31 | $390.31 | $0.00 |
| Less: Bank transfers/CDs | ($24,015.90) | $0.00 | |
| Subtotal | $24,406.21 | $390.31 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $24,406.21 | $390.31 | |

| For the period of 9/16/2009 to 12/31/2013 | | For the entire history of the account between 01/11/2010 to 12/31/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $24,406.21 | Total Compensable Receipts: | $24,406.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,406.21 | Total Comp/Non Comp Receipts: | $24,406.21 |
| Total Internal/Transfer Receipts: | ($24,015.90) | Total Internal/Transfer Receipts: | ($24,015.90) |
| | | | |
| Total Compensable Disbursements: | $390.31 | Total Compensable Disbursements: | $390.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $390.31 | Total Comp/Non Comp Disbursements: | $390.31 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-34286-JS | |
| **Case Name:** | COUNCIL, PILSEN DISTRICT | |
| **Primary Taxpayer ID #:** | **-***0081 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/16/2009 | |
| **For Period Ending:** | 12/31/2013 | |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******5865 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $364,642.87 | $364,642.87 | $0.00 |

**For the period of 9/16/2009 to 12/31/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $2,521,073.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,521,073.97 |
| Total Internal/Transfer Receipts: | $332,680.98 |
| | |
| Total Compensable Disbursements: | $2,450,713.97 |
| Total Non-Compensable Disbursements: | $70,360.00 |
| Total Comp/Non Comp Disbursements: | $2,521,073.97 |
| Total Internal/Transfer Disbursements: | $332,680.98 |

**For the entire history of the case between 09/16/2009 to 12/31/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $2,521,073.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,521,073.97 |
| Total Internal/Transfer Receipts: | $332,680.98 |
| | |
| Total Compensable Disbursements: | $2,450,713.97 |
| Total Non-Compensable Disbursements: | $70,360.00 |
| Total Comp/Non Comp Disbursements: | $2,521,073.97 |
| Total Internal/Transfer Disbursements: | $332,680.98 |